**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

SARAH HOPKINS,

                                              Plaintiff,

                                1:11-CV-936
      vs.                                  (NAM/DRH)

WILLIAM GLADYS, in his official and individual capacity;
TROY CITY POLICE DEPARTMENT; DAWN DAUNBROPHY,
in her official and individual capacity; NYS DEPARTMENT
OF CORRECTIONS; PO ROSA, individual and in her official
capacity; PO ROBERT THAYER, individually and in his
official capacity; PO MUIBAH COLEMAN, individually and
in his official capacity; and NYS DIVISION OF PAROLE,

                                            Defendants.**.**
_____

**APPEARANCES:**　　　　　　　　　　　**OF COUNSEL:**

APPEARANCES

Sarah Hopkins
Columbia County Jail
85 Industrial Tract
Hudson, New York 12534
Plaintiff pro se

**Norman A. Mordue, Chief U. S. District Judge**

### ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed on the 9th day of August 2011.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The claim against the NYS Department of Corrections is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) and N.D.N.Y.L.R. 5.4(a).

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: August 30, 2011
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge